

FILED

JUL 23 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

Richard D Gattis

CASE/CITATION NO. 2:13 mj 180 DAD

**ORDER TO PAY**

SOCIAL SECURITY #:
DATE OF BIRTH:
DRIVER'S LICENSE #:
ADDRESS:

_____  _____  _____
CITY            STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: 7-23-13          X _Richard D Gattis_
                            DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 400.00  and a penalty assessment of $ 10.00  for a TOTAL AMOUNT OF: $ 410.00  within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

**CENTRAL VIOLATIONS BUREAU**         **CLERK, USDC**                **CLERK, USDC**
**PO BOX 70939**                      **2500 TULARE ST., RM. 1501**  **501 I STREET, STE. 4-200**
**CHARLOTTE, NC 28272-0939**          **FRESNO, CA 93721-1322**      **SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 7/23/13              **DALE A. DROZD**
                           _____
                           U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                    EDCA-3